**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TAMMY ELAINE THROW, on her own**
**behalf and others similarly situated,**

                                      Case Number 8:06-cv-724-T30-TBM

    **Plaintiff,**

**v.**

**REPUBLIC ENTERPRISE**
**SYSTEMS, INC., a Florida Corporation,**
**d/b/a MAIDPRO OF TAMPA**

    **Defendant.**
_____/

### NOTICE OF SETTLEMENT

The Plaintiffs, Tammy Elaine Throw and Laura McKinney, through the undersigned counsel hereby give notice to the Honorable Court pursuant to Local Rule 3.08(a) that the parties have reached a resolution of the issues in the above captioned case. The parties are currently finalizing the Joint Stipulation for dismissal with prejudice and shall file such stipulation within sixty (60) days as permitted by Local Rule 3.08(b).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of November 2006 I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following: Colleen Flynn, colleenf@jpfirm.com.

                                                  **s/ Bernard R. Mazaheri**_____
                                                  Bernard R. Mazaheri
                                                  FL Bar Number 643971
                                                  MAZAHERI GADD P.A.
                                                  4525 140th Ave. N, Ste. 912
                                                  Clearwater, FL 33762

Tel – (727)524-6300  
Fax – (727)524-6330  
Email – brmazahe@yahoo.com